E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MURPHY           Plaintiff,

vs.

TILTON — WOODFORD — PLILER,
HOREL ...et al.          Defendant.

CASE NO. CV 08 2224 TEH (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, WILLIAM MURPHY, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___N/A___  Net: ___N/A___

Employer: ___N/A___

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

"N/A"

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment  Yes ___ No X

b. Income from stocks, bonds, or royalties?  Yes ___ No X

c. Rent payments?  Yes ___ No X

d. Pensions, annuities, or life insurance payments?  Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source?  Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

"N/A"

3. Are you married?  Yes ___ No X

Spouse's Full Name: "N/A"

Spouse's Place of Employment: "N/A"

Spouse's Monthly Salary, Wages or Income:
Gross $ "N/A"  Net $ "N/A"

4. a. List amount you contribute to your spouse's support: $ "N/A"

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  "N/A"
6  _____

7  5.  Do you own or are you buying a home?  Yes ___ No X
8  Estimated Market Value: $ "N/A"  Amount of Mortgage: $ "N/A"
9  6.  Do you own an automobile?  Yes ___ No X
10 Make "N/A"  Year "N/A"  Model "N/A"
11 Is it financed? Yes ___ No ___ If so, Total due: $ ___
12 Monthly Payment: $ ___
13 7.  Do you have a bank account? Yes ___ No X (Do not include account numbers.)
14 Name(s) and address(es) of bank: "N/A"
15 _____
16 Present balance(s): $ ___
17 Do you own any cash? Yes X No ___ Amount: $ SEE ATTACH SHEET.
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No X
20 "N/A"
21 8.  What are your monthly expenses?
22 Rent: $ "N/A"  Utilities: "N/A"
23 Food: $ 45.00 A MONTH  Clothing: "N/A"
24 Charge Accounts:
25 Name of Account        Monthly Payment            Total Owed on This Acct.
26 "N/A"              $ "N/A"                  $ "N/A"
27 _____        $ _____            $ _____
28 _____        $ _____            $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

HAVE TO PURCHASE PERSONAL HYGIENE AND WRITING SUPPLIES EVERY MONTH, AND PAY FOR POSTAGE AND LEGAL COPIES - PLUS PERSONAL PURCHASES OF GIFT FOR FAMILY MEMBERS.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

"N/A"

     I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

     I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____          _____
DATE                                                SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>William Murphy  H76407</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>107.50</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>259.26</u>.    (20%= $51.85)

Dated: 4/11/08

_C Wallace_
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _K Lepplin_
TRUST OFFICE

```
 1
 2                                          Case Number: _____
 3
 4
 5
 6
 7
 8                      CERTIFICATE OF FUNDS
 9                              IN
10                       PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of  WILLIAM MURPHY H-76407  for the last six months
                                            [prisoner name]
14    PELICAN BAY STATE PRISON (SHU)         where (s)he is confined.
              [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____              _____
                                     [Authorized officer of the institution]
20
21
22   PELICAN BAY STATE PRISON
23   SECURITY HOUSING UNIT
24   UNIT C-2
25
26
27
28
```

- 5 -

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 04/11/08
                                                                           PAGE NO:        1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                    PELICAN BAY STATE PRISON
                                 INMATE TRUST ACCOUNTING SYSTEM
                                 INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: OCT. 01, 2007 THRU APR. 11, 2008

  ACCOUNT NUMBER  : H76407                      BED/CELL NUMBER: CF02L 000000120L
  ACCOUNT NAME    : MURPHY, WILLIAM                 ACCOUNT TYPE: I
  PRIVILEGE GROUP: D
                                    TRUST ACCOUNT ACTIVITY
         TRAN
  DATE   CODE  DESCRIPTION       COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS    BALANCE
  -----  ----  ---------------   ---------   ---------  ---------  -----------   ---------

  10/01/2007   BEGINNING BALANCE                                                    246.40

  10/01 W502 POSTAGE CHARG 1509                                          0.02       246.38
  10/02 FC04 DRAW-FAC 4    1541     C2                                  45.00       201.38
  10/03 D300 CASH DEPOSIT  1576  #66             45.00                              246.38
  10/12 W502 POSTAGE CHARG 1735                                          0.41       245.97
  10/12 W502 POSTAGE CHARG 1735                                          0.41       245.56
  10/23 W502 POSTAGE CHARG 1880                                          0.49       245.07
  11/05 FC04 DRAW-FAC 4    2042     C2                                  45.00       200.07
  11/08 W701 USE TAX       2139  SP1                                     0.72       199.35
  11/08 W350 SPECIAL PURCH 2139  SP1   283148789                        13.45       185.90
  11/29 W502 POSTAGE CHARG 2353                                          0.97       184.93
  11/30 D300 CASH DEPOSIT  2365  #104            70.00                              254.93
  12/04 FC04 DRAW-FAC 4    2426     C-2                                 45.00       209.93
  12/10 W516 LEGAL COPY CH 2517                                          1.50       208.43
  12/13 D200 CASH DEPOSIT- 2558RF#103            13.45                              221.88
  12/20 D300 CASH DEPOSIT  2642  #119            70.00                              291.88
  12/20 W502 POSTAGE CHARG 2646                                          0.41       291.47
  12/20 W502 POSTAGE CHARG 2646                                          0.41       291.06
        ACTIVITY FOR 2008
  01/03 FC04 DRAW-FAC 4    2813     C2                                  45.00       246.06
  01/08 D300 CASH DEPOSIT  2845  #131           100.00                              346.06
  01/15 W415 CASH WITHDRAW 2997  CKREQ 283149457                        64.45       281.61
  01/17 W502 POSTAGE CHARG 3052                                          0.41       281.20
  01/18 W502 POSTAGE CHARG 3096                                          0.90       280.30
  01/22 W502 POSTAGE CHARG 3129                                          0.41       279.89
  01/23 W502 POSTAGE CHARG 3151                                          0.41       279.48
  02/04 D300 CASH DEPOSIT  3338  #150            45.00                              324.48
  02/04 FC04 DRAW-FAC 4    3360     C-2                                 45.00       279.48
  02/07 W700 IWF SP SURCHA 3454  SP2                                     1.20       278.28
  02/07 W350 SPECIAL PURCH 3454  SP2   283149750                        12.00       266.28
  02/28 D300 CASH DEPOSIT  3766  #167           150.00                              416.28
  03/03 D300 CASH DEPOSIT  3789  #168           165.00                              581.28
  03/03*FC04 DRAW-FAC 4    3825  C-2                                    45.00       536.28
  03/21 W502 POSTAGE CHARG 4122                                          0.41       535.87
  03/26 W502 POSTAGE CHARG 4194                                          0.41       535.46
  04/01 W502 POSTAGE CHARG 4238                                          0.41       535.05
  04/02 FC04 DRAW-FAC 4    4271     C-2                                 45.00       490.05
  04/08 W502 POSTAGE CHARG 4424                                          0.41       489.64
  04/08 W502 POSTAGE CHARG 4424                                          0.41       489.23
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU APR. 11, 2008

ACCT: H76407        ACCT NAME: MURPHY, WILLIAM                ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 246.40 | 658.45 | 415.62 | 489.23 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
-------------
489.23



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE