1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7          EUREKA DIVISION

8

9   WILLIAM MURPHY,                    No. C-08-2224 TEH/NJV (PR)

10          Plaintiff,                 NOTICE AND ORDER SETTING
                                       SETTLEMENT CONFERENCE IN
11     v.                              PRO SE PRISONER EARLY
                                       SETTLEMENT PROGRAM
12  MATTHEW CATE, et al.,

13          Defendants.
    _____/

14

15          The settlement conference scheduled for November 10, 2010 at Pelican Bay State Prison is

16  VACATED due to unforeseen medical circumstances beyond the Court's control.  The settlement

17  conference will be rescheduled as soon as possible.

18

19

20          IT IS SO ORDERED.

21  Dated: November 8, 2010

22                                     _____
                                       NANDOR J. VADAS
23                                     United States Magistrate Judge

24

25

26

27

28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

EUREKA DIVISION

9
10

WILLIAM MURPHY,                                    No. C-08-2224 TEH/NJV (PR)

11

Plaintiff,

12

v.                                                              CERTIFICATE OF SERVICE

13

MATTHEW CATE, et al.,

14

Defendants.

15

_____/

16        I, the undersigned, hereby certify that on November 8, 2010 I SERVED a true and correct copy

17  of the attached, (1) via facsimile to the Pelican Bay State Prison Litigation Office at (707) 465-9099;

18  and (2) by placing said copy in a postage paid envelope addressed to the person(s) listed below and by

19  depositing said envelope in the U.S. Mail.

20
21  William C. Murphy
22  #: H-76407
    Pelican Bay State Prison
23  P.O. Box 7500, C2-120
24  Crescent City, CA 95532-7500

25
26                                                                  /s/  Chris Wolpert
                                                            _____
27                                                                        Chris Wolpert
                                                                  Administrative Law Clerk to
28                                                                the Honorable Nandor J. Vadas

**United States District Court**
For the Northern District of California