```
 1  KAMALA D. HARRIS
    Attorney General of California
 2  MICHAEL W. JORGENSON
    Supervising Deputy Attorney General
 3  EMILY L. BRINKMAN
    Deputy Attorney General
 4  State Bar No. 219400
     455 Golden Gate Avenue, Suite 11000
 5   San Francisco, CA  94102-7004
     Telephone: (415) 703-5742
 6   Fax: (415) 703-5843
     E-mail: Emily.Brinkman@doj.ca.gov
 7  Attorneys for Defendants Fischer, Osborne, Ruff,
    Speer, Nealy, Horel, Mount, Castellaw and Silva
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM MURPHY,<br><br>                        Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>                        Defendants. | C-08-2224 TEH (PR)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii); and [~~PROPOSED~~] ORDER |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff William Murphy, after appearing before Magistrate-Judge Nandor J. Vadas, and with the consent of the California Department of Corrections and Rehabilitation, requests the Court's

\\\
\\\
\\\
\\\
\\\

1

1  Order dismissing the pending complaint. It is requested that said dismissal be with prejudice.

2

3  Dated: 1/14/11

4  /s/ William Murphy
   William Murphy
5  Plaintiff

6

7  Dated: 1/14/11

   /s/ Emily L. Brinkman
8  Emily L. Brinkman
   Attorneys for Defendants  *Attorneys for*
   *Defendants Fischer, Osborne, Ruff, Speer,*
9  *Nealy, Horel, Mount, Castellaw and Silva*

   IT IS SO ORDERED:

10

11  Dated: 02/03/2011

12  HON. THELTON E. HENDERSON
    United States District Judge

    *Judge Thelton E. Henderson*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2